## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA ex rel. )
 )
SIDESOLVE LLC )
 429 S 22ND ST. )
 SAN JOSE, CA 95116 )
 )
 Plaintiff-Relator, )
 )
v. )
 )
THE NATIONAL BUREAU OF )
ASIAN RESEARCH )
 1819 L STREET NW, 9TH FLOOR )
 WASHINGTON DC, 20036 )
 )
 Defendant. )

Case: 1:23−cv−03086 JURY DEMAND
Assigned To : Friedrich, Dabney L.
Assign. Date : 10/6/2023
Description: Gen. Civil (E−DECK)

Case No. _____
Jury Trial Demanded

FILED UNDER SEAL

### COMPLAINT

1. Relator Sidesolve LLC brings this action on behalf of itself and the United States of America against Defendant The National Bureau of Asian Research for violations of the federal False Claims Act, 31 U.S.C. §§ 3729 *et seq*.

2. This action seeks to recover funds that were loaned to Defendant through the federal Government's Paycheck Protection Program ("PPP") and forgiven as a result of false applications.

3. Sidesolve LLC is a company that uses data to investigate large-scale corporate fraud. Its goal is to use the technology it is developing to protect individuals on private healthcare plans. It is currently developing its technology using public databases. It uses computational statistics to match entities across multiple resources such as databases, social media, corporate filings, and other sources. From this broader picture, it finds fraud leads, which it follows up with a more traditional manual investigation. In sum, Sidesolve LLC uses its expertise and proprietary technology to both collect the scattered pieces of the fraud puzzle and also to put them together

RECEIVED
OCT - 6 2023
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

into a complete picture of the alleged fraud.

4.      While searching for potential PPP loan fraud in data released by the SBA, Sidesolve came across Defendant The National Bureau of Asian Research, a think tank that had applied for a PPP loan of $411,111. The loan was forgiven in its entirety, plus interest.

## JURISDICTION AND VENUE

5.      This Court has jurisdiction over this action pursuant to 31 U.S.C. § 3732(a) and 28 U.S.C. §§ 1331, 1345.

6.      Venue is proper in this district under 28 U.S.C. §§ 1391(b) and 31 U.S.C. § 3732(a), as Defendant transacts business in this jurisdiction and violations of the False Claims Act described herein occurred in this district.

## THE PAYCHECK PROTECTION PROGRAM

7.      During the COVID-19 pandemic, Congress passed the Coronavirus Aid, Relief, and Economic Security Act ("CARES Act"). Section 1102 of the CARES Act contains a program called the Paycheck Protection Program, a program administered by the U.S. Small Business Administration ("SBA") to provide economic relief to small businesses nationwide adversely impacted by the coronavirus pandemic.

8.      Section 1102 of the CARES Act temporarily permitted SBA to guarantee 100% of the PPP loans. Section 1106 of the CARES Act provided for forgiveness of up to the full principal amount of qualifying loans guaranteed under the PPP.

9.      The CARES Act gives lenders delegated authority to process loan applications for PPP funding. SBA allowed lenders to rely on certifications of the borrowers in order to determine eligibility of the borrower and use of loan proceeds, and to rely on specified documents provided by the borrower to determine qualifying loan amount, and eligibility for loan forgiveness.

10.     The Economic Aid Act (P.L. 116-260, in the Consolidated Appropriations Act of 2021), authorized and funded a Second Draw PPP Loan program.

11.     For Second Draw PPP Loans, lenders were compensated by the federal government via processing fees based on the balance of the financing outstanding at the time of final disbursement, in the amount of five (5) percent for loans of more than $50,000 and not more than $350,000, and in the amount of three (3) percent for loans above $350,000.

12.     Each borrower certified on the Second Draw loan applications that they were eligible to receive the loans under the program guidelines and that their applications and supporting documentation were accurate.

13.     Borrowers were able to seek forgiveness of the loan if the funds were used for eligible payroll costs, payments on business mortgage interest payments, rent, or utilities.

## PPP REGULATIONS FOR THINK TANKS

14.     The SBA opened applications for Second Draw PPP Loans on January 15, 2021.

15.     Paragraph 7(a)(37)(A)(iv)(III)(bb) of the Small Business Act, added by the Economic Aid Act (P.L. 116-260, in the Consolidated Appropriations Act of 2021), which authorized and funded the Second Draw program, excluded from eligibility:

> any business concern or entity primarily engaged in political or lobbying activities, which shall include any entity that is organized for research or for engaging in advocacy in areas such as public policy or political strategy or otherwise describes itself as a think tank in any public documents.

(This definition shall hereinafter be referred to generally as "Think Tanks.")

16.     The Interim Final Rule for the Second Draw Loans, effective January 12, 2021 and published January 14, 2021, thrice indicated that Think Tanks were not eligible for Second Draw Loans: Section C. Excluded Entities (86 FR 3715) (describing Think Tanks as a "prohibited borrower"); IV(e) Who is not eligible for a Second Draw PPP Loan? (86 FR 3718-19); and

IV(g)(3)(ii)(E) (86 FR 3721) (requiring certification that applicant is not a Think Tank).

17.    Accordingly, every version of the Second Draw Borrower Application Form, starting January 8, 2021, required that "The authorized representative of the Applicant must certify in good faith to all of the below by initialing next to each one" that "The Applicant is not a business concern or entity primarily engaged in political or lobbying activities, including any entity that is organized for research or for engaging in advocacy in areas such as public policy or political strategy or otherwise describes itself as a think tank in any public documents."

18.    Defendants could not have obtained a Second Draw PPP Loan without knowingly making this false certification.

19.    Congress expressly determined that Think Tanks should be excluded from the Second Draw PPP Loans. Accordingly, the defendant should be required to repay its individual loan forgiveness and processing fees, plus penalties.

## PARTIES

20.    Relator Sidesolve LLC is a company that uses data to investigate scaled corporate fraud.

21.    Defendant The National Bureau of Asian Research ("NBR") is a registered non-profit organization under the IRS code section 501(c)(3). It has offices in Seattle, Washington and at 1819 L St NW, Ninth Floor, Washington, D.C. 20036.

22.    NBR is registered as a client under the Lobbying Disclosure Act.

## FACTUAL ALLEGATIONS

23.    On January 23, 2021, the NBR was approved for a Second Draw PPP loan in the amount of $411,111 by HomeStreet Bank. The amount forgiven was $412,665.

24.    NBR listed NAICS code 541720 (research and development in the social sciences and humanities).

25.     NBR's "Mission and History" page says that NBR is an "independent research institution" that "helps decision-makers better understand Asia and craft concrete, actionable policy." "We bring world-class scholarship to bear on the evolving strategic environment in Asia through original, policy-relevant research, and we invest in our future by training the next generation of Asia specialists."

26.     NBR routinely refers to itself as "the nation's Asia policy think tank" on its website[1][2][3][4][5] and in its annual reports.[6]

27.     The annual report reinforces that NBR's purpose is to perform research and policy advocacy, discussing the many reports and summits for which it was responsible. The website's "programs" dropdown menu similar lists reports and summits as the primary "product" of NBR.

28.     On its 2019 and 2020 Form 990, NBR lists a single program service ($4.6M and $3.2M in expenses, respectively): "NBR conducts advanced research on politics and security, economics and trade, and health issues, with emphasis on those of interest to the United States. The Institution disseminates its research through briefings, publications, conferences, congressional testimony, and online forms, and by collaborating with leading institutions worldwide."

29.     NBR checked the "Yes" box for the question "Did the organization engage in lobbying activities, or have a section 501(h) election in effect during the tax year?"

---

[1] https://www.nbr.org/about/
[2] https://www.nbr.org/about/give/
[3] https://www.nbr.org/workplace-inclusion-and-diversity/
[4] https://www.nbr.org/event/1st-east-asia-energy-forum/
[5] https://www.nbr.org/people/nadege-rolland/
[6] https://www.nbr.org/wp-content/uploads/pdfs/programs/nbr_annual_report_2021.pdf

30.     NBR was created to be a Think Tank,[7] and it remains a Think Tank today. NBR was not eligible for a Second Draw PPP Loan.

### COUNT I
### VIOLATIONS OF 31 U.S.C. § 3729
### FALSE CLAIMS ACT

31.     Relator hereby incorporates and realleges herein all other paragraphs as if fully set forth herein.

32.     As set forth above, Defendant knowingly presented or caused to be presented false or fraudulent claims for payment or approval, in violation of 31 U.S.C. § 3729(a)(1)(A).

33.     As set forth above, Defendant knowingly made, used, or caused to be made or used, false records or statements material to false claims, in violation of the False Claims Act, 31 U.S.C. § 3729(a)(1)(B).

34.     Due to Defendant's conduct, the United States Government has suffered substantial monetary damages and is entitled to recover treble damages and a civil penalty for each false claim. 31 U.S.C. § 3729.

35.     Relator is entitled to reasonable attorneys' fees, costs, and expenses. 31 U.S.C. § 3730(d)(1).

---

[7] *See* Our First Fifteen Years, https://www.nbr.org/wp-content/uploads/pdfs/other/nbr_fifteen.pdf ("As conceived in the original strategic plan and followed to this day, NBR would combine the attributes of NB*E*R and the venerable in-house think tanks located in Washington, such as the Brookings Institution and American Enterprise Institute.") ("In sum, I am very glad I was in my office that day in 1990 when Rich phoned and asked if I were interested in working with a new Asian think tank, NBR.").

## PRAYER FOR RELIEF

WHEREFORE, Relator prays for judgment against Defendant:

(a) awarding the United States treble damages sustained by it for each of the false claims;

(b) awarding the United States the maximum civil penalty for each of the false claims, records, statements, and unlawful acts;

(c) awarding Relator the maximum share of the proceeds of this action and any alternate remedy or the settlement of any such claim;

(d) awarding Relator litigation costs, expenses, and reasonable attorneys' fees;

(e) granting such other relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Relator hereby respectfully demands trial by jury on all issues and counts triable as of right before a jury.


Respectfully submitted,

Nathan M. Peak
District of Columbia Bar No. 978215
**BRACKER & MARCUS LLC**
3355 Lenox Road, Suite 660
Atlanta, GA 30326
Tel. (770) 988-5035
Fax (678) 648-5544
Nathan@FCAcounsel.com